IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BLAKE J. WATTERSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | No. 4:23-cv-80-ALM |

## ORDER

Before the Court is Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion for Relief Under 5 U.S.C. § 705 or, Alternatively, for a Preliminary Injunction (Dkt. #11).

It is hereby ORDERED that Plaintiff shall file a response to Defendants' Motion for Extension of Time by 5:00 p.m. on Thursday, February 9, 2023.

**IT IS SO ORDERED.**

**SIGNED this 8th day of February, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE