IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BLAKE J. WATTERSON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:23-cv-00080 |
| | § § | Judge Mazzant |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; | § § § | |
| | § | |
| STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; | § § § § § | |
| | § | |
| UNITED STATES DEPARTMENT OF JUSTICE; | § § § | |
| | § | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States; | § § § § | |
| | § | |
| UNITED STATES OF AMERICA, | § § | |
| *Defendants.* | § § | |

**ORDER ON JOINT MOTION FOR A SCHEDULING ORDER
REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Court, having considered the Joint Motion for a Scheduling Order Regarding Plaintiff's Motion for Summary Judgment (Dkt #17), concludes that the motion has merit and should be, and hereby is, GRANTED. Accordingly, it is ORDERED that:

    1. The Defendants' Response to Plaintiff's Motion for Summary Judgment is due on Friday, March 31, 2023;

2. The Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment is due on Friday, April 7, 2023; and

3. The parties are excused from any applicable initial disclosure obligations under Fed. R. Civ. P. 26.

**IT IS SO ORDERED.**

**SIGNED this 8th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE