IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BLAKE J. WATTERSON; | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:23-cv-00080 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; | § § § § | |
| STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; | § § § § § § | |
| UNITED STATES DEPARTMENT OF JUSTICE; | § § § § | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States; and | § § § § § | |
| UNITED STATES OF AMERICA, | § § | |
| *Defendants.* | § § | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Watterson files this Notice of Supplemental Authority to inform this Court that the United States Court of Appeals for the Fifth Circuit granted Appellants' Opposed Motion For a Preliminary Injunction Pending Appeal today in *Mock v. Garland*, No. 23-10319. *See* Ex. 1: Unpublished Order.

The *Mock* plaintiffs challenged the final rule, ATF, *Factoring Criteria for Firearms with Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023) (the "Rule"), that Watterson challenges in this case. Along with other arguments, the

*Mock* plaintiffs argued that the Rule violates the Second Amendment and separation-of-powers provisions and exceeds the Department's statutory authority. Pls.' Mot. for Prelim. Inj., at 11-15, 22-29, *Mock v. Garland*, No. 4:23-cv-00095-O, ECF No. 36 (N.D. Tex. Feb. 21, 2023). The *Mock* plaintiffs also moved for a preliminary injunction, or alternatively relief under 5 U.S.C. § 705, *id.* at 41-45, which the district court denied, Op. & Order on Pls.' Mot. for Prelim. Inj., *Mock*, No. 4:23-cv-00095-O, ECF No. 40 (N.D. Tex. Mar. 30, 2023). The *Mock* plaintiffs then moved for a preliminary injunction pending appeal from the Fifth Circuit, which was granted today. *See* Ex. 1.

Today's order further demonstrates that Watterson's claims are likely to succeed and that he is entitled to preliminary relief (and summary judgment) as previously explained. *See* § 705 Mot., ECF No. 7; § 705 Mot. Reply, ECF No. 25, *see also* Summ. J. Mot., ECF No. 6. The order, however, is limited to the *Mock* plaintiffs and does not provide *any* relief to Watterson. Accordingly, Watterson daily suffers the irreparable harm of being deprived of his constitutional rights while he waits for this Court to rule on his § 705 motion. *See* Order, ECF No. 18 at 1-2 (stating that the Department could enforce the Rule after April 1, 2023, and that the "compliance date" for the Rule is May 31, 2023). Watterson therefore respectfully requests that this Court rule on his Motion for Relief Under 5 U.S.C. § 705 or, Alternatively, for a Preliminary Injunction as soon as possible.

- 3 -

Date: May 23, 2023                                    Respectfully submitted,

*/s/ Autumn Hamit Patterson*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
AUTUMN HAMIT PATTERSON
Texas Bar No. 24092947
apatterson@texaspolicy.com
CLAYTON WAY CALVIN
Texas Bar No. 24132780
ccalvin@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:   (512) 472-2700
Facsimile:    (512) 472-2728

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on May 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using this Court's CM/EMF system, which will notify all counsel of record of such filing.

                                              */s/Autumn Hamit Patterson*
                                              AUTUMN HAMIT PATTERSON