IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BLAKE J. WATTERSON, <br><br> *Plaintiff*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 4:23-cv-80-ALM |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify this Court of recent decisions relevant to the claims presented in this case.

On November 13, 2023, the United States District Court for the Northern District of Texas issued a 42-page decision in *Second Amendment Foundation, Inc. v. Bureau of Alcohol Tobacco Firearms and Explosives*, --- F. Supp. 3d ---, 2023 WL 7490149 (N.D. Tex. Nov. 13, 2023). In that opinion, the court denied the plaintiffs' motion to preliminarily enjoin the Bureau of Alcohol, Tobacco, Firearms and Explosives' enforcement of the same rule challenged in this litigation, *Factoring Criteria for Firearms With Attached "Stabilizing Braces*," 88 Fed. Reg. 6,478 (Jan. 31, 2023) ("Rule"). The Court held that the plaintiffs had not "established a likelihood of success on the merits of any of their claims," "met their burden to show they likely face irreparable harm from the Final Rule," or "established that the harms they face without a preliminary injunction outweigh the interests of the public." 2023 WL 7490149 at *20. Plaintiffs in that matter filed a notice of appeal to the Fifth Circuit.

Similarly, on September 12, 2023, the United States District Court for the District of North Dakota denied a motion by twenty-five states, a manufacturer, an advocacy association, and an

individual to preliminarily enjoin the Final Rule, in *Firearms Regulatory Accountability Coalition, Inc. v. Garland*, --- F. Supp. 3d ---, 2023 WL 5942365 (D.N.D. Sept. 12, 2023). The Court held that plaintiffs had "not shown they are entitled to the extraordinary remedy of preliminary relief" because they had not "demonstrated a substantial likelihood of success on the merits." *Id.* at *11. Plaintiffs in that matter filed a notice of appeal to the Eighth Circuit.

Additionally, Defendants notify the Court of the district court decisions in *Mock v. Garland*, No. 4:23-cv-95-O, 2023 WL 6457920 (N.D. Tex. Oct. 2, 2023) (granting preliminary injunction as to plaintiffs); *Texas Gun Rights v. ATF*, No. 4:23-cv-578-O (N.D. Tex. Oct. 4, 2023), ECF No. 36 (similar); *Texas v. ATF*, No. 6:23-cv-14, 2023 WL 7116844 (S.D. Tex. Oct. 27, 2023) (similar); *Britto v. ATF*, No. 2:23-cv-19-Z (N.D. Tex. Nov. 8, 2023), ECF No. 68 (staying rule). Defendants have filed notices of appeal in each of the above district court cases.

Dated: November 30, 2023    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Michael Drezner
MICHAEL DREZNER (VA Bar No. 83836)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On November 30, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Michael Drezner*
Trial Attorney
U.S. Department of Justice