# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BLAKE WATTERSON, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cv-00080 |
| v. § | Judge Mazzant |
| § | |
| BUREAU OF ALCOHOL, TOBACCO, § | |
| FIREARMS AND EXPLOSIVES et al., § | |
| § | |
| *Defendants.* | |

## ORDER

Pending before the Court is Plaintiff's Motion to Extend the Time to File a Notice of Appeal (Dkt. #41). Plaintiff requests an extension of time to appeal the Court's Order granting in part Plaintiff's Motion for Relief Under 5 U.S.C. § 705 or, Alternatively, for a Preliminary Injunction (Dkt. #37). On September 26, 2023, Plaintiff appealed the Court's Order (*See* Dkt. #51). Therefore, it is **ORDERED** that Plaintiff's Motion to Extend the Time to File a Notice of Appeal (Dkt. #41) is **DENIED** as moot.

**IT IS SO ORDERED.**

SIGNED this 16th day of May, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE