AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Blake J. Watterson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-00080 |
| BATFE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Blake J. Watterson.

Date: 05/17/2024

/s/ Matthew Miller
*Attorney's signature*

Matthew Miller, TX Bar No. 24046444
*Printed name and bar number*

Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
*Address*

mmiller@texaspolicy.com
*E-mail address*

(512) 472-2700
*Telephone number*

(512) 472-2728
*FAX number*