## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| BLAKE J. WATTERSON; | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00080 |
| | § | |
| BUREAU OF ALCOHOL, TOBACCO, | § | |
| FIREARMS AND EXPLOSIVES; | § | |
| | § | |
| STEVEN DETTELBACH, in his | § | |
| official capacity as Director of the | § | |
| Bureau of Alcohol, Tobacco, Firearms | § | |
| and Explosives; | § | |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF JUSTICE; | § | |
| | § | |
| MERRICK GARLAND, in his official | § | |
| capacity as Attorney General of the | § | |
| United States; and | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Withdraw Motion for Summary Judgment (Dkt. #65). It is ORDERED that Plaintiff's Motion is GRANTED. It is further ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. #6) is hereby WITHDRAWN.

IT IS SO ORDERED.

  **SIGNED this 31st day of May, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE