# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BLAKE WATTERSON, § § *Plaintiff,* § v. § § BUREAU OF ALCOHOL, TOBACCO, § FIREARMS AND EXPLOSIVES et al., § § *Defendants.* § | Civil Action No. 4:23-cv-00080 Judge Mazzant |

## **ORDER**

On May 23, 2024, Plaintiff filed his Unopposed Motion to Withdraw Motion for Summary Judgment (Dkt. #65). On the same day, Defendants filed their Response to Plaintiff's Motion to Withdraw Motion for Summary Judgment (Dkt. #66). In their Response, Defendants indicate that they are unopposed to Plaintiff's motion to withdraw but additionally request that the Court stay proceedings pending "the resolution of both Watterson's appeal, 5th Cir. 23-40556, and the consolidated appeals challenging the Final Rule, *Mock v. Garland*, 5th Cir. 23-11157" (Dkt. #66 at pp. 1–2).

Therefore, it is **ORDERED** that this case is stayed pending further proceedings.

**IT IS SO ORDERED.**

SIGNED this 17th day of June, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

1