# United States Court of Appeals for the Fifth Circuit

---

No. 23-40556
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

August 26, 2024

Lyle W. Cayce
Clerk

BLAKE J. WATTERSON,

*Plaintiff—Appellant,*

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, *U.S. Attorney General*; UNITED STATES OF AMERICA,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-80

---

Before JONES, SMITH, and HO, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued
as the mandate on** Oct 18, 2024

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**