IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BLAKE J. WATTERSON, <br><br> *Plaintiff*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants.* | No. 4:23-cv-80-ALM |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff hereby dismisses this action without prejudice. Each side shall bear its own fees and costs.

Dated: September 2, 2025                                          Respectfully submitted,

/s/ *Matthew Miller*                                                         BRETT A. SHUMATE
ROBERT HENNEKE                                                    Assistant Attorney General
Texas Bar No. 24046058                                             Civil Division
rhenneke@texaspolicy.com
CHANCE WELDON                                                    ANDREW I. WARDEN
Texas Bar No. 24076767                                             Assistant Branch Director
cweldon@texaspolicy.com
MATTHEW MILLER                                                  /s/ *Jody D. Lowenstein*
Texas Bar No. 24046444                                             JODY D. LOWENSTEIN (MT Bar No.
mmiller@texaspolicy.com                                           55816869)
CLAYTON WAY CALVIN                                            TAYLOR PITZ (CA Bar No. 332080)
Texas Bar No. 24132780                                             Trial Attorneys
ccalvin@texaspolicy.com                                            U.S. Department of Justice
TEXAS PUBLIC POLICY FOUNDATION              Civil Division, Federal Programs Branch
901 Congress Avenue                                                  1100 L Street NW
Austin, Texas 78701                                                     Washington, DC 20005
Telephone: (512) 472-2700                                          Phone: (202) 598-9280
                                                                                  Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Plaintiff*

                                                                                  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I certify that on September 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/EMF system, which will notify all counsel of record of such filing.

*/s/ Matthew Miller*
MATTHEW MILLER
